# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1585

_____

United States of America,                 *
                                          *
                 Appellee,                 *
                                          *    Appeal from the United States
        v.                                 *    District Court for the
                                          *    Northern District of Iowa.
Rafael Garcia-Zuniga, also known as        *
Robert Farias, also known as Zuniga        *    **[UNPUBLISHED]**
Erasmo Rodriguez,                          *
                                          *
                 Appellant.                *

_____

Submitted: June 11, 2002
Filed: June 20, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Rafael Garcia-Zuniga pleaded guilty to re-entering the United States illegally after deportation, following his conviction for an aggravated felony, in violation of 8 U.S.C. § 1326 (a) and (b). The district court[1] departed upward, finding that Garcia-Zuniga's criminal history was underrepresented, and sentenced him to 68 months imprisonment and 2 years supervised release. On appeal, counsel has moved to

_____

[1]The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.

withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), and has filed a brief arguing that the district court erred in departing upward.

The district court did not abuse its discretion by departing upward. <u>See</u> <u>United States v. Levi</u>, 229 F.3d 667, 679 (8th Cir. 2000). It properly considered Garcia-Zuniga's past charged and uncharged conduct, as outlined in the unobjected-to presentence report. <u>See</u> U.S.S.G. § 4A1.3; <u>Levi</u>, 229 F.3d at 679; <u>United States v. Beatty</u>, 9 F.3d 686, 690 (8th Cir. 1993); <u>United States v. Davila</u>, 964 F.3d 778, 784-85 (8th Cir.), <u>cert. denied</u>, 506 U.S. 964 (1992). Further, following our independent review, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.